UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER E. JOHNSON, JR. (#104558)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 08-0590-FJP-DLD

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's motion for summary judgment[1] shall be DENIED, and this action shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, January 12, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 33.

Doc#46547