# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**WALTER E. JOHNSON, JR. (#104558)**          **CIVIL ACTION**

**VERSUS**

**N. BURL CAIN, WARDEN, ET AL.**          **NO. 08-0590-FJP-DLD**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on January 4, 2011.

                                   **MAGISTRATE JUDGE DOCIA L. DALBY**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**WALTER E. JOHNSON, JR. (#104558)**  CIVIL ACTION

**VERSUS**

**N. BURL CAIN, WARDEN, ET AL.**  NO. 08-0590-FJP-DLD

**SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 6, 2010, this Court entered a Magistrate Judge's Report, rec.doc.no. 64, and recommended therein that the plaintiff's then-pending Motion for Summary Judgment, rec.doc.no. 60, be denied, that the defendants' motion for summary judgment, rec.doc.no. 59, be granted, and that this action be dismissed, with prejudice. Three days prior to issuance of the referenced Report, the plaintiff filed an Amended Motion for Summary Judgment, rec.doc.no. 63, which was not addressed in the Court's initial Report. Having now reviewed the plaintiff's Amended Motion for Summary Judgment and finding nothing therein which alters the Court's conclusion or the Court's Recommendation relative to the disposition of this proceeding, the Court reiterates its original Recommendation and includes a Recommendation that the plaintiff's Amended Motion for Summary Judgment be denied as well.

### RECOMMENDATION

It is recommended that the plaintiff's Motions for Summary Judgment, rec.doc.nos. 60 and 63, be denied, that the defendants' motion for summary judgment, rec.doc.no. 59, be granted, and that this action be dismissed, with prejudice.

Signed in Baton Rouge, Louisiana, on January 4, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**