UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER E. JOHNSON, JR. (#104558)

VERSUS

N. BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 08-0590-FJP-DLD

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Reports to which an objection was filed:

IT IS ORDERED that the plaintiff's motions for summary judgment[1] shall be DENIED, that the defendants motion for summary judgment[2] shall be GRANTED and this action shall be DISMISSED, with prejudice.

Baton Rouge, Louisiana, February 9, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. Nos. 60 and 63.

[2] Rec. Doc. No. 59.

Doc#46547